P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-4436 FMC(AJWx) | Date | February 16, 2007 |
| Title | ROBERT TUR v. YOUTUBE, INC. | | |

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not present  Not present

**Proceedings:**   ORDER CONTINUING MOTIONS FOR SUMMARY JUDGMENT
(In Chambers)

This matter is before the Court on Plaintiff's Motion for Summary Adjudication of Defendant's First Affirmative Defense of DMCA Safe Harbor and Defendant's Motion for Partial Summary Judgment Under Section 512(c) of the DMCA (docket nos. 16 and 28), filed on November 14, 2006 and January 8, 2007, respectively. Based on its consideration of the papers submitted, including Plaintiff's Rule 56(f) Request, the Court determines that both motions are premature and that further discovery will greatly assist the parties and the court in identifying those facts that are genuinely in dispute. Accordingly, the Court hereby GRANTS Plaintiff's Rule 56(f) Request in connection with Defendant's motion and continues both motions until **May 21, 2007 at 10:00 a.m.** Plaintiff shall file a supplemental Opposition to Defendant's Motion on or before April 30, 2007. Defendant shall file a Reply on or before May 7, 2007.

DOCKETED ON CM
FEB 2 6 2007
BY _____ 085

Initials of Preparer   AM   : N/A

#58