P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-4436 FMC(AJWx) | Date | May 8, 2007 |
|---|---|---|---|
| Title | ROBERT TUR v. YOUTUBE, INC. | | |

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not present  Not present

**Proceedings:** ORDER DENYING REQUEST FOR LEAVE TO FILE *AMICI CURIAE* BRIEF and ORDER GRANTING THE APPLICATION TO STRIKE SAME (In Chambers)

The Court has read and considered the Request of Viacom International and NBC Universal, Inc., for Leave to File an Amici Curiae Brief, together with the Ex Parte Application of Defendant, YouTube, Inc., to Strike the proposed Brief. The Application for Leave to File the Brief is DENIED. The Court finds that the brief is not offered in the proponents' capacity as "Friend of the Court," but is rather an effort by parties engaged in similar litigation against Defendant, to intervene in this case for their own benefit.

The Application to Strike the proposed brief is GRANTED.

Initials of Preparer   AM        N/A

DOCKETED ON CM
MAY - 8 2007
BY  085

# 61

| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |
|---|---|---|